# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1058
LT Case No. 2024-105096-CFDB
_____

CHRISTOPHER DANE MORGAN,

    Petitioner,

    v.

STATE OF FLORIDA,

    Respondent.

_____

Petition for Belated Appeal.
A Case of Original Jurisdiction.

Matthew J. Metz, Public Defender, Daytona Beach, and Rachel M. Brothers, Assistant Public Defender, DeLand, for Petitioner.

No Appearance for Respondent.

April 25, 2025

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the February 14, 2025 judgment and sentence rendered in Case No. 2024-105096-CFDB, in the Circuit Court in and for Volusia County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

MAKAR, LAMBERT, and EISNAUGLE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____